Warmoth *v.* Durand.

SALLIE WARMOTH, appellant,

*v.*

WICKLIFFE B. DURAND et al., respondents.

[Filed November 19th, 1900.]

On appeal from a decree advised by Vice-Chancellor Emery, whose opinion is reported in *12 Dick. Ch. Rep. 160.*

*Mr. James E. Howell,* for the appellant.

*Mr. Henry Young,* for the respondents.

PER CURIAM.

The decree appealed from is affirmed, for the reasons given in the opinion of Vice-Chancellor Emery, who advised it.

*For affirmance* — THE CHANCELLOR, CHIEF-JUSTICE, VAN SYCKEL, DIXON, COLLINS, FORT, GARRETSON, HENDRICKSON, BOGERT, ADAMS, VREDENBURGH, VOORHEES—12.

*For reversal*—None.